## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

UNITED STATES OF AMERICA,

        **Plaintiff,**

  **v.**

    **RACHEL D. JACKSON,**
           **Defendant.**

**CASE NO. 2:26-PO-00025**

**MAGISTRATE JUDGE JOLSON**

---

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED THAT this case be DISMISSED.

s/ Kimberly A, Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

5/4/2026
**DATE**